UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

London Bry Cortes,

        Plaintiff,

vs.

United States Postal Service,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Civil Action No. 6:09-1155-HFF

**Decision by the Court.** This action came before the court. The court having adopted the report and recommendation of the magistrate judge,

IT IS ORDERED AND ADJUDGED that the case be summarily DISMISSED without prejudice for lack of subject matter jurisdiction.

June 8, 2009

LARRY W. PROPES, CLERK
UNITED STATES DISTRICT COURT

s/Angela Lewis
Deputy Clerk